# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RICHARD BARNETT Jr. | ) | Case No. |
| a/k/a "Money Mike" | ) | 22-MJ-1480-DLC |
| a/k/a "Tommy" | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __at least March 2021 to Feb. 2022__ in the county of __Norfolk and elsewhere__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute 400 grams or more of a mixture or substance containing fentanyl |

This criminal complaint is based on these facts:

See attached Affidavit of DEA TFO David J. Spirito

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David J. Spirito, DEA Task Force Officer
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: 11/18/2022

_____
*Judge's signature*

City and state: Boston, Massachusetts     Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*